**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:26-cv-20880-DPG**

**TRAYON WILLIS,**

     **Plaintiff,**

**v.**

**MIAMI DADE COUNTY, et al.,**

     **Defendants.**

_____/

**<u>ORDER</u>**

     **THIS CAUSE** comes before the Court on the Report and Recommendation of Magistrate Judge Lisette M. Reid (the "Report"). [ECF No. 14, 15]. On February 19, 2026, the Court referred the case to Judge Reid  for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 10]. On May 28, 2026, Judge Reid issued her Report, recommending that Plaintiff's Complaint, [ECF No. 1], should be dismissed without prejudice for failure to state a claim, with leave to amend his Complaint within thirty (30) days. [ECF No. 14]. No party filed objections to the Report.

     A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Given that the parties have not objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Reid's findings and conclusion that Plaintiff's Complaint should be dismissed with leave to amend.

**CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1.  The Report and Recommendation, [ECF No. 14, 15], is **ADOPTED in full**.

2.  Plaintiff's Complaint, [ECF No. 1], is **DISMISSED without prejudice**.

3.  Plaintiff shall have until July 12, 2026, to file an Amended Complaint.

4.  The case is **CLOSED** for administrative purposes pending Plaintiff's filing of his Amended Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of June, 2026.

_____

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE