**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20880-DPG**

**TRAYON WILLIS,**

**Plaintiff,**

**v.**

**MIAMI-DADE COUNTY, et al.,**

**Defendants.**

________________________________/

# ORDER

**THIS CAUSE** comes before the Court on Plaintiff Trayon Willis's ("Plaintiff") Amended Motion for Leave to Proceed in *forma pauperis* ("Amended IFP Motion") and Amended Complaint. [ECF Nos. 17, 19]. On February 19, 2026, the Court referred the case to Magistrate Judge Lisette M. Reid for a ruling on all pretrial non-dispositive matters and a report and recommendation on all dispositive matters. [ECF No. 10]. On September 1, 2026, Judge Reid issued her Report and Recommendations ("Report"), denying without prejudice Plaintiff's Amended IFP Motion, [ECF No. 19], and recommending that Plaintiff's Amended Complaint, [ECF No. 17], be dismissed without prejudice. [ECF No. 21]. No party filed objections.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*,

199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Given that the parties have not objected to any portion of the Report, the Court reviewed the Report for clear error. Finding no clear error, the Court agrees with Judge Reid's findings and conclusion that Plaintiffs' Motion should be granted.

**CONCLUSION**

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation, [ECF No. 21], is **ADOPTED in full**.

(2) Plaintiff's Amended Complaint, [ECF No. 17], is **DISMISSED without prejudice**.

(3) On or before **October 21, 2026**, Plaintiff shall file a Second Amended Complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of September, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**